## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

SPINE SOLUTIONS, INC., a       )
Delaware corporation,          )
                               )
    Plaintiff,            )
                               )
v.                             )   No. 07-2175 JPM-dkv
                               )
MEDTRONIC SOFAMOR DANEK, INC., )
an Indiana corporation;        )
MEDTRONIC SOFAMOR DANEK USA,    )
INC., a Tennessee corporation, )
                               )
    Defendants.           )
_____

## ORDER ADOPTING REPORT AND RECOMMENDATION
_____

Before the Court is the Magistrate Judge's Report and
Recommendation on Defendants' Motion to Compel the Deposition of
Marvin Petry (Doc. 85), entered January 8, 2008.  The Magistrate
Judge recommends granting the motion, which was filed on October
3, 2007 (Doc. 61), and referred to the Magistrate Judge for a
report and recommendation on November 14, 2007 (Doc. 72).  In
their motion, Defendants sought leave to depose Petry regarding
his prosecution of U.S. Patent No. 6,936,071.  Plaintiff
responded in opposition to the motion on October 18, 2007 (Doc.
64).  Defendants filed a reply on November 6, 2007 (Doc. 69), and
Plaintiff filed a surreply on November 13, 2007 (Doc. 70-2).

No objections to the Report and Recommendation have been
filed, and the time for filing objections has expired.  Upon de
novo review of the Magistrate Judge's recommendation and review

of the Parties' submissions to the Court, the Court ADOPTS the Report and Recommendation in its entirety and GRANTS Defendants' Motion to Compel the Deposition of Marvin Petry.

So ORDERED this 23rd day of January, 2008.

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT