UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SPINE SOLUTIONS, INC., a  )
Delaware corporation,     )
                          )
           Plaintiff,     )
                          ) Case No. 07-cv-02175-JPM-dkv
      v.                  )
                          )
MEDTRONIC SOFAMOR DANEK, INC., )
an Indiana corporation;   )
MEDTRONIC SOFAMOR DANEK USA, )
INC., a Tennessee corporation, )
                          )
           Defendants.    )

FILED IN OPEN COURT
DATE: 12/5/08
TIME: 4:25 pm
INITIALS: JPW

## JURY VERDICT FORM

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us:

### Question No. 1

As to each of the following claims in the '071 Patent, has Medtronic proven, by clear and convincing evidence, that the claim you are considering is invalid due to obviousness?

A "Yes" answer below is in favor of the Medtronic defendants.
A "No" answer below is in favor of Spine Solutions.

```
Claim 1     Yes _____        No __✓__
Claim 2     Yes _____        No __✓__
Claim 6     Yes _____        No __✓__
Claim 7     Yes _____        No __✓__
Claim 11    Yes _____        No __✓__
Claim 13    Yes _____        No __✓__
```

1

If you answered "Yes" for <u>all</u> of the claims of the '071 patent above, then skip the remaining questions, sign the Special Verdict Form, and inform the Court Security Officer that you have finished deliberating. If you answered "No" for <u>any</u> of the claims of the '071 patent above, then proceed to Question No. 2.

**Question No. 2**

(a) Has Spine Solutions proven by a preponderance of the evidence that it is entitled to damages in the form of lost profits?

Yes ✓         No _____

If you answered "Yes" for Question No. 2, then proceed to Question No. 3. If you answered "No" to Question No. 2, then skip Question No. 3 and answer Question No. 4.

**Question No. 3**

Applying the preponderance of the evidence standard, what is the amount of lost profit damages to which Spine Solutions is entitled?

$ 5,783,246

**Question No. 4**

Excluding the Medtronic infringing sales for which you awarded lost profits, what amount, if any, of Medtronic infringing sales has Spine Solutions proven by a preponderance of the evidence? (If you did not award any lost profits, you must include all of Medtronic's infringing sales.) Remember you may consider transactions only for the period August 30, 2005 to December 31, 2007.

$ 9,131,563

2

**Question No. 5**

Applying the preponderance of the evidence standard, what is the percentage of reasonable royalty damages to which Spine Solutions is entitled?

% _18%_ reasonable royalty rate

Based on your answers to Questions 4 and 5, the Court will determine the total royalties owed, if any, by the following formula:

$ _____ reasonable royalty base

(multiply by)   x  % _____ reasonable royalty rate

(equals)        = $ _____ total

Keep in mind that you may <u>not</u> award duplicate damages (that is, if you have already awarded lost profits, <u>no</u> royalties are due on sales as to which you have awarded lost profits).

**Question No. 6**

Has Spine Solutions proven, by clear and convincing evidence, that Medtronic's infringement of the '071 patent has been willful?

Yes __✓__        No _____

3

Presiding Juror: *Barbara J. Dunker*   Date: 12-5-08

After the presiding juror signs, then each juror should also sign, indicating agreement to each verdict (i.e., each answer) in the verdict form.

*Barbara J. Dunker*            *Pamela Lewis*

*Kell Her*                     *Catharine Elmore*

*Jonathan [illegible]*         *[illegible signature]*

*Harry Taylor*                 *M. Abdallat*

*Willie Yancy*

*Addie Willis*