```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
_____

SPINE SOLUTIONS, INC., a         )
Delaware corporation; SYNTHES    )
SPINE COMPANY L.P, a Delaware    )
limited partnership; SYNTHES,    )
INC., a Delaware corporation,    )
                                 )
   Plaintiffs,                   )
                                 )
v.                               )  No. 07-2175-JPM-dkv
                                 )
MEDTRONIC SOFAMOR DANEK, INC.,   )
an Indiana corporation;          )
MEDTRONIC SOFAMOR DANEK USA,     )
INC., a Tennessee corporation    )
                                 )
   Defendants.                   )
                                 )
_____

                            JUDGMENT
_____
```

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury. The issues were tried, and the jury duly rendered a verdict on December 5, 2008.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment in the total amount of $7,426,927.34 is hereby entered as follows:

In favor of Plaintiff Spine Solutions, Inc. and against Defendants Medtronic Sofamor Danek, Inc. and Medtronic Sofamor Danek USA, on its claim that the claims in the '071 patent are non-obvious.

In favor of Plaintiff Spine Solutions, Inc. and against Defendants Medtronic Sofamor Danek, Inc. and Medtronic Sofamor Danek USA, on its claim of lost profits in the amount of $5,783,246.

In favor of Plaintiff Spine Solutions, Inc. and against Defendants Medtronic Sofamor Danek, Inc. and Medtronic Sofamor Danek USA, on its claim of reasonable royalty damages in the amount of $1,643,681.34.

- 2 -

In favor of Plaintiff Spine Solutions, Inc. and against Defendants Medtronic Sofamor Danek, Inc. and Medtronic Sofamor Danek USA, on its claim of willful infringement.


APPROVED:


s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT


December 8, 2008
Date