IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| SPINE SOLUTIONS, INC., a Delaware corporation; SYNTHES SPINE COMPANY L.P, a Delaware limited partnership; SYNTHES, INC., a Delaware corporation, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07-2175-JPM-dkv ) |
| MEDTRONIC SOFAMOR DANEK, INC., an Indiana corporation; MEDTRONIC SOFAMOR DANEK USA, INC., a Tennessee corporation | ) ) ) ) ) |
| Defendants. | ) ) ) |

_____

JUDGMENT AWARDING ENHANCED DAMAGES, POST-DECEMBER 31, 2007 DAMAGES, PRE- AND POST-JUDGMENT INTEREST, AND INJUNCTIVE RELIEF
_____

**JUDGMENT BY COURT.**  This action having come before the Court for consideration, the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting in Part and Denying in Part Plaintiffs' Motion for Treble Damages, Award of Attorney Fees, Expert Witness Fees, Expenses, Post December 31, 2007 Damages, and Pre- and Post-Judgment Interest (Docket Entry 495), the Court AWARDS Plaintiffs Spine Solutions, Inc.; Synthes Spine Company; and Synthes, Inc. $20,398,256 in total damages and $$455,133 in interest;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiffs' Motion For Permanent Injunction (Docket Entry 496), the Court ENJOINS Medtronic from infringing claims 1, 2, 6, 7, 11, and 13 of the '071 patent in the manner described in the Court's order.

- 2 -

APPROVED:

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT


August 26, 2009
Date