```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| SPINE SOLUTIONS, INC., a )<br>Delaware corporation, )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff-　　　　　　　)<br>　　　Counterdefendant,　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>MEDTRONIC SOFAMOR DANEK, INC.,)<br>an Indiana corporation, and )<br>METRONIC SOFAMOR DANEK USA, )<br>INC., a Tennessee corporation,)<br>　　　　　　　　　　　　　　　　)<br>　　　Defendants-　　　　　　　)<br>　　　Counterclaimants.　　　　)  | No. 2:07-cv-02175-JPM-dkv |

**ORDER FOLLOWING MAY 26, 2011 STATUS CONFERENCE**

A telephonic status conference was held in this matter on Thursday, May 26, 2011, at 2:00 p.m.  Present for Plaintiff were Jeffrey M. Olson, Esq., Albert C. Harvey, Esq., and Karla Gluek, Esq. Present for Defendants were Jan M. Conlin, Esq., Grady M. Garrison, Esq., John R. Branson, Esq, and Munir Meghjee, Esq.

During the conference, the parties agreed to consult and submit a joint proposed amended permanent injunction consistent with the Federal Circuit's Mandate. Should the parties be unable to reach agreement, they shall submit their respective proposals to the Court along with an explanation regarding the particulars of the disagreement.  The parties' joint proposed amended

permanent injunction or respective proposals shall be filed by June 9, 2011.

During the conference, Plaintiff made an oral motion for leave to respond to Defendant's Status Report on Remand from the Court of Appeals for the Federal Circuit (Docket Entry 530). The Court orally granted the motion. Plaintiff's response shall be filed by June 30, 2011.

Moreover, pursuant to the parties' agreement at the conference, the following dates are established as the final dates for:

COMPLETING ADDITIONAL FACT
DISCOVERY............................ September 30, 2011

COMPLETING ADDITIONAL EXPERT
DISCOVERY, INCLUDING EXPERT
DISCLOSURES AND DEPOSITIONS.......... December 30, 2011

PRETRIAL ORDER....................... March 8, 2012 by 4:40 p.m.

PRETRIAL CONFERENCE.................. March 15, 2012 at 9:00 a.m.

JURY TRIAL (3-4 days)................ March 26, 2012 at 9:30 a.m.

**IT IS SO ORDERED,** this 26th day of May, 2011.

s/ JON P. McCALLA
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE